1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           WESTERN DISTRICT OF WASHINGTON
                      AT TACOMA

10  JENNIFER LEIGH RICE,

11                  Petitioner,                 CASE NO. 3:15-CV-05381-BHS-JRC

12          v.                                  ORDER TO FILE AN AMENDED
                                                PETITION OR MOTION TO CHANGE
13  STATE OF WASHINGTON,                        THE CASE CAPTION

14                  Respondent.

15       The District Court referred this petition for a writ of habeas corpus to United States

16  Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local

17  Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction

18  pursuant to 28 U.S.C. § 2254.

19       Petitioner has named only the State of Washington as respondent. Petitioner needs to

20  name a natural person -- not a governmental entity. The proper respondent is the person having

21  custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the

22  facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

23
24

this Court of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).

Petitioner is ordered to file an amended petition or a motion asking the Court to change the case caption and name the proper respondent.  Petitioner's pleading must be filed on or before July 24, 2015 or the Court will recommend dismissal of this petition for failure to prosecute and failure to comply with a Court order.

Dated this 19th day of June, 2015.

J. Richard Creatura
United States Magistrate Judge