UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER LEIGH RICE,

    Petitioner,

  v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:15-CV-05381-BHS-JRC

ORDER

  Petitioner has complied with the Court's order (Dkt. 3) and filed a motion changing the caption in this petition so that the respondent is Jane Parnell, Superintendent of the Washington Correction Center for Women (Dkt. 4). The Court grants the motion. The Clerk is directed to change the case caption.

  Dated this 30th day of July, 2015.

                */s/ J. Richard Creatura*
                J. Richard Creatura
                United States Magistrate Judge

ORDER - 1